UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

DSM

2010 OCT 19  P 3: 40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

WELLS FARGO BANK, NATIONAL
ASSOCIATION, a national banking
association,

        Plaintiff,

v.                                          CASE NO. 3:09-cv-1225-J-20TEM

JEFFERSON RD., LLC a foreign
limited liability company, WILLIAM
D. BOWEN, individually, WILLIAM B.
WEATHERFORD, individually, and
DONALD B. WEIR, individually,

        Defendants.
_____/

### ORDER

This matter is before this Court on Plaintiff's Unopposed Motion to Forego Mediation (Dkt. 40). In this motion, Plaintiff explains that since July the parties have been attempting to reach a resolution on this issues in this case. However, it recently become clear that this is not a possibility. The parties, therefore, seek an order eliminating the need for mediation in this case.

According, it is **ORDERED**:

Plaintiff's Unopposed Motion to Forego Mediation (Dkt. 40) is **GRANTED**.

DONE AND ORDERED at Jacksonville, Florida, this 19 day of October, 2010.

                                          HARVEY E. SCHLESINGER
                                          UNITED STATES DISTRICT JUDGE

Copies to:
HeatherAnn Marie Solanka, Esq.
Timothy J. McDermott, Esq.
A. Todd Merolla, Esq.
Ian M. Falcone, Esq.